```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X

NOUR SHIPPING LIMITED,

                                                    ORDER

                Plaintiff,        08 Civ. 5556 (MGC)

   - against -

TKB SHIPPING A/S,
a/k/a TK BOSEN SHIPPING A/S,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - X

**CEDARBAUM, J.**

    It is hereby ordered that all papers in this case be unsealed and placed in the regular public file of the Clerk's Office.

    SO ORDERED.

Dated:  New York, New York
         July 14, 2008

                                                    MIRIAM GOLDMAN CEDARBAUM
                                                    United States District Judge

MICROFILMED JUL 16 2008 -12:00 PM