BLANK ROME, LLP
Attorneys for Plaintiff
NOUR SHIPPING LIMITED
LeRoy Lambert (LL 3519)
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NOUR SHIPPING LIMITED,

                    Plaintiff,

        -against-

TKB SHIPPING A/S, a/ka TK BOSEN
SHIPPING A/S,

                    Defendant.

---

08 Civ.

**RULE 7.1 STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff NOUR SHIPPING LIMITED certifies that, according to information provided to counsel by its clients, NOUR SHIPPING LIMITED is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
          June 17, 2008

                              BLANK ROME, LLP
                              Attorneys for Plaintiff
                              NOUR SHIPPING LIMITED

                              By _____
                                  Jack A. Greenbaum (JG 0039)
                              The Chrysler Building
                              405 Lexington Ave.
                              New York, NY 10174-0208
                              (212) 885-5000
                              jgreenbaum@blankrome.com

311817.1
900200.00001/6647155v.1

1